ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
HEATHER SIEGELE
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: heather.siegele@usdoj.gov
Attorneys for Plaintiff

FILED
2019 FEB -6  PM 4: 45
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-00334 TUC-JGZ(LAB)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Kern Lee Burge,<br>aka Douglas Clay Moulton,<br>aka Jeffrey Bernard Davis,<br>aka William Davis,<br><br>    Defendant. | **SEALED**<br><br>I N D I C T M E N T<br><br>Violations:<br><br>18 U.S.C. § 1542<br>(False Statement in Application and Use of Passport)<br>Count 1<br><br>18 U.S.C. § 1028A<br>(Aggravated Identity Theft)<br>Count 2 |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about April 24, 2017, at or near Rillito, in the District of Arizona, KERN LEE BURGE, knowingly and willfully made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and rules prescribed pursuant to such laws, in that while making an application for United States passport, the defendant stated that:

(1) he was Jeffery Bernard Davis,

(2) he had not used any other names, and

(3) he had not committed any of the acts listed under "acts or conditions,"

when he well knew those statements were false, all in violation of Title 18, United States Code, Section 1542.

## COUNT 2

On or about April 24, 2017, at or near Rillito, in the District of Arizona, KERN LEE BURGE, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: False Statement in a Passport Application as alleged in Count 1, which count is re-alleged and incorporated by reference herein, knowing that the means of identification belonged to another actual person, Jeffery Bernard Davis, in violation of Title 18, United States Code, Section 1028A(a)(1), (b) and (c)(7).

A TRUE BILL

/S/

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/

Assistant U.S. Attorney

Dated: February 6, 2019